Elwyn D. Zimmerman                                              (434) 473-5220
Zim Investigations, LLC                          zim.investigations@gmail.com
1429 Jefferson Terrace                                    DCJS ID #99-670018
Bedford, VA 24523

# Affidavit of Process Server
Va. Code 8.01-293, 8.01-296, 8.01-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court                                    Case No.: 6:23CV00030
Western District of VA

<u>**Anthony Smith**</u>          v.          <u>**Centra Health, Inc., et. al.**</u>
Plaintiff                                            Defendants

Document(s): Summons and Complaint

Name of Individual/Entity To Serve: Centra Health, Inc. c/o Alison Ferguson Gobble, Registered Agent

Address: 1901 Tate Springs Road, Lynchburg, VA 24501

I, <u>**Elwyn D. Zimmerman**</u> being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.
Service was completed on ___8/11/23___ at ___248___ a.m./~~p.m.~~

## MANNER OF SERVICE

[ ] Delivering a copy of the summons and of the complaint to the individual personally
[ ] Leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there: _____
[✓] Delivering a copy of each to an agent authorized by appointment or by law to receive service of process: ___Patricia Brads___

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this ___11th___ day of ___August___, 2023 in Bedford, Virginia.

                                        Signature of Process Server:
                                        Elwyn D. Zimmerman

STATE OF VIRGINIA,
CITY /COUNTY: ___Lynchburg___

I, the undersigned, a notary public in and for the above mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this ___14th___ day of ___August___, 2023.

                    Notary Public
Notary Registration No.: ___334819___
My Commission Expires: ___12/31/2024___