AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:23CV00030

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHRISTOPHER PAUL JONES
was received by me on *(date)* 8/10/2023.

☑ I personally served the summons on the individual at *(place)* 1005 WESTHAVEN STREET Dunn, N.C. on *(date)* 8/10/2023; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 10.00.

I declare under penalty of perjury that this information is true.

Date: 8/10/2023

Frankie E. Harant
*Server's signature*

FRANKIE E. HARANT
*Printed name and title*

P.O. BOX 872, DUNN, N.C. 28335
~~111 LAVENDALE LANE~~ *Server's address*

Additional information regarding attempted service, etc: Dunn, N.C. 28334