# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

| | |
|---|---|
| ANTHONY SMITH | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| CENTRA HEALTH, INC. | )   CASE NO.: **6:23CV00030** |
| | ) |
| and | ) |
| | ) |
| WESLEY THOMAS GILLESPIE | ) |
| | ) |
| and | ) |
| | ) |
| CHRISTOPHER PAUL JONES | ) |
| | ) |
| *Defendants*. | ) |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT WESLEY THOMAS GILLESPIE

COMES NOW the Plaintiff, Anthony Smith, by and through his attorney, M. Paul Valois, Esq., and respectfully moves the Court to enter an order extending the time for service of the Complaint and Summons on Defendant Wesley Thomas Gillespie under Federal Rules of Civil Procedure 4(m). In support thereof, Plaintiff states as follows:

1. Plaintiff filed his Complaint herein on May 23, 2023.

2. On August 10, 2023, Defendant Christopher Paul Jones was personally served with the Summons and Complaint, and that return of service was filed herein on August 15, 2023.

3. On August 11, 2023, Defendant Centra Health, Inc. was served by substituted service on Patricia Brads, the authorized agent appointed to accept service for Alison Ferguson Gobble, Registered Agent. That return of service was filed herein on August 15, 2023.

4. Upon an attempt serve Defendant Wesley Thomas Gillespie at his last known residence, located at 101 Manor Drive, Forest VA, 24551, on August 15, 2023, Plaintiff learned that Defendant Wesley Thomas Gillespie purportedly no longer resides at that location. (See **Exhibit A)**

5. Defendant Wesley Thomas Gillespie's domicile is unknown at this time, and further investigation is necessary to ascertain his whereabouts.

6. Under Rule 4(m), the deadline to serve the remaining defendant is August 21, 2023.

7. Plaintiff is now requesting an extension of time to locate and serve Defendant Wesley Thomas Gillespie.

WHEREFORE, In light of the foregoing, Plaintiff respectfully prays this Court grant him a 45-day extension of the time period for serving Defendant Wesley Thomas Gillespie.

Respectfully Submitted,

**ANTHONY SMITH**
**By Counsel**

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

**By: /s/ M. Paul Valois**
    **M. Paul Valois, Esquire**
    **Counsel for Plaintiff**
    **Virginia State Bar No. 72326**
    **mvalois@vbclegal.com**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to all counsel of record.

>  /s/ M. Paul Valois, Esq.
>  M. Paul Valois
>  Counsel for Plaintiff
>  Virginia State Bar No. 72326
>  mvalois@vbclegal.com