Elwyn D. Zimmerman  (434) 473-5220
Zim Investigations, LLC  zim.investigations@gmail.com
1429 Jefferson Terrace  DCJS ID #99-670018
Bedford, VA 24523

## Affidavit of Process Server
Va. Code 8.01-293, 8.01-296, 8.01-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court  Case No.: 6:23CV00030
Western District of VA

**Anthony Smith**    v.    **Centra Health, Inc., et. al.**
Plaintiff          Defendants

Document(s): Summons and Complaint
Name of Individual/Entity To Serve: Wesley Thomas Gillespie

Address: 101 Manor Drive, Forest, VA 24551

I, **Elwyn D. Zimmerman** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on **August 15, 2023** at **5:04 p.m.**

### MANNER OF SERVICE

(X) **NON-SERVICE (NOT FOUND)** – After due diligence search, careful inquiry and diligent attempts at the address listed above, I have been unable to effect process upon the person/entity being served.

**Service Attempts:**

| Date/Time | Address | Remarks |
|---|---|---|
| 08/11/23 at 3:29 p.m. | 101 Manor Drive, Forest, Virginia 24551 | No persons present at location. |
| 08/15/23 at 5:04 p.m. | 101 Manor Drive, Forest, Virginia 24551 | Subject's daughter answered the door, indicated subject does not reside at that address, and could not provide a known address for the subject. |

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this __16__ day of __August__, 2023 in Lynchburg, Virginia.

Signature of Process Server:
Elwyn D. Zimmerman

STATE OF VIRGINIA,
CITY /COUNTY: Lynchburg

I, the undersigned, a notary public in and for the above mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this __16th__ day of __August__, 2023.

Notary Public
Notary Registration No.: 334319
My Commission Expires: 12/31/2024