# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **ANTHONY SMITH,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 6:20-cv-00016-NKM-RSB** |
| ) | |
| **CENTRA HEALTH, INC.,** ) | |
| ) | |
| **CHRISTOPHER PAUL JONES,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **THOMAS WESLEY GILLESPIE** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Anthony Smith ("Smith") and Defendants Centra Health, Inc. ("Centra"), Christopher Paul Jones ("Jones"), and Thomas Wesley Gillespie ("Gillespie") (each individually a "Party" and collectively the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, notify the Court that the Parties stipulate and agree that this action and all claims herein are hereby dismissed without prejudice, with each Party to bear its own costs, attorneys' fees and expenses. The Parties further stipulate and agree that Plaintiff can only refile this action or any claims herein in the Western District of Virginia, Lynchburg Division.

Dated: August 23, 2022          Respectfully submitted,

ANTHONY SMITH

By    /s/ M. Paul Valois

M. Paul Valois (VSB No. 72326)
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502

1

Telephone (434) 845-4529
Fax (434) 845-8536
    *Counsel for Plaintiff*

                CENTRA HEALTH, INC.

                By: ____/s/Joshua F. P Long_____

Elizabeth Guilbert Perrow, Esq. (VSB No. 42820)
Daniel T. Sarrell, Esq. (VSB No. 77707)
Joshua F. P. Long, Esq. (VSB No. 65684)
WOODS ROGERS VANDEVENTER BLACK PLC
P. O. Box 14125
Roanoke, VA 24038-4125
Phone: (540) 983-7600
Fax: (540) 983-7711
eperrow@woodsrogers.com
dsarrell@woodsrogers.com
jlong@woodsrogers.com
    *Counsel for Defendant Centra Health, Inc.*

                CHRISTOPHER PAUL JONES & THOMAS
                WESLEY GILLESPIE

                By____/s/_Matthew W. Lee_____

Matthew W. Lee, Esq. (VSB No. 40067)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.852.7788 (Direct)
703.245.9301 (Fax)
matthew.lee@wilsonelser.com
    *Counsel for Defendants Christopher Paul Jones & Thomas Wesley Gillespie*

### **CERTIFICATE OF SERVICE**

    I hereby certify that on August 23, 2022, a copy of the foregoing was filed on the Court's CM/ECF system which will send notice to all counsel of record:

                ___/s/ M. Paul Valois_____