# Exhibit 2

**Ben Rottenborn**

| | |
|---|---|
| **From:** | Lee, Matthew <Matthew.Lee@wilsonelser.com> |
| **Sent:** | Tuesday, August 23, 2022 12:24 PM |
| **To:** | M. Paul Valois; Josh Long |
| **Cc:** | Katie Thomas |
| **Subject:** | RE: Anthony Smith - Rule 41 Dismissal |

**\*\*EXTERNAL EMAIL\*\***

Yes

Matthew Lee
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
8444 Westpark Drive - Suite 510
McLean, VA 22102-5102
703.852.7788 (Direct)
703.303.1460 (Cell)
703.245.9300 (Main)
703.245.9301 (Fax)
matthew.lee@wilsonelser.com



**From:** M. Paul Valois [mailto:mvalois@vbclegal.com]
**Sent:** Tuesday, August 23, 2022 12:17 PM
**To:** Lee, Matthew <Matthew.Lee@wilsonelser.com>; Long, Josh <jlong@woodsrogers.com>
**Cc:** Katie Thomas <kthomas@vbclegal.com>
**Subject:** Re: Anthony Smith - Rule 41 Dismissal

**[EXTERNAL EMAIL]**

Matt, can I add your signature and file the stipulation?

-- Paul

On 8/23/22 12:07, Lee, Matthew wrote:
> Looks good to me.
>
> Matthew Lee
> Attorney at Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 8444 Westpark Drive - Suite 510
> McLean, VA 22102-5102
> 703.852.7788 (Direct)
> 703.303.1460 (Cell)
> 703.245.9300 (Main)

1

703.245.9301 (Fax)
matthew.lee@wilsonelser.com



**From:** Long, Josh [mailto:jlong@woodsrogers.com]
**Sent:** Tuesday, August 23, 2022 11:01 AM
**To:** M. Paul Valois <mvalois@vbclegal.com>; Lee, Matthew <Matthew.Lee@wilsonelser.com>
**Cc:** Katie Thomas <kthomas@vbclegal.com>
**Subject:** RE: Anthony Smith - Rule 41 Dismissal


### [EXTERNAL EMAIL]

Just realized I omitted Gillespie from the caption. Use this one instead.


**Joshua F. P. Long**
Principal

**Woods Rogers Vandeventer Black PLC**
10 S. Jefferson Street, Suite 1800 | Roanoke, VA 24011
**P** (540) 983-7725 | **M** (540) 529-5967 | **F** Office Fax (540) 983-7711 Direct Fax (540) 322-3710
jlong@woodsrogers.com

**Woods Rogers and Vandeventer Black have merged!**
*With offices spanning the Commonwealth, Woods Rogers Vandeventer Black will offer greater breadth and depth of legal talent and enhanced services for clients. Visit wrvblaw.com to learn more.*

This email, including any attachments, may contain confidential or privileged information. If you are not the intended recipient, please advise by return email and delete immediately without reading or forwarding to others.

**From:** Long, Josh <jlong@woodsrogers.com>
**Sent:** Tuesday, August 23, 2022 10:57 AM
**To:** M. Paul Valois <mvalois@vbclegal.com>; Lee, Matthew <Matthew.Lee@wilsonelser.com>
**Cc:** Katie Thomas <kthomas@vbclegal.com>
**Subject:** RE: Anthony Smith - Rule 41 Dismissal

Paul and Matt,

Attached is a proposed Stipulation of Voluntary Dismissal Without Prejudice. If this works for both of you, Paul please file it today. You'll need to add your signatures. Thanks.

Josh

**From:** Long, Josh <jlong@woodsrogers.com>
**Sent:** Tuesday, August 23, 2022 10:37 AM
**To:** M. Paul Valois <mvalois@vbclegal.com>; Lee, Matthew <Matthew.Lee@wilsonelser.com>
**Cc:** Katie Thomas <kthomas@vbclegal.com>
**Subject:** RE: Anthony Smith - Rule 41 Dismissal

Paul and Matt,

Centra agrees as well.

Josh

---

**From:** M. Paul Valois <mvalois@vbclegal.com>
**Sent:** Thursday, August 18, 2022 2:43 PM
**To:** Lee, Matthew <Matthew.Lee@wilsonelser.com>; Long, Josh <jlong@woodsrogers.com>
**Cc:** Katie Thomas <kthomas@vbclegal.com>
**Subject:** Re: Anthony Smith - Rule 41 Dismissal

**\*\*EXTERNAL EMAIL\*\***

---

Matt:

Thanks, I'll wait to hear from Josh.


On 8/18/22 13:58, Lee, Matthew wrote:
> Paul – The terms are agreeable with my camp. Thanks.
>
> Matthew Lee
> Attorney at Law
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 8444 Westpark Drive - Suite 510
> McLean, VA 22102-5102
> 703.852.7788 (Direct)
> 703.303.1460 (Cell)
> 703.245.9300 (Main)
> 703.245.9301 (Fax)
> matthew.lee@wilsonelser.com
>
> 
>
> ---
>
> **From:** M. Paul Valois [mailto:mvalois@vbclegal.com]
> **Sent:** Thursday, August 18, 2022 12:51 PM
> **To:** Lee, Matthew <matthew.lee@wilsonelser.com>; jlong_woodsrogers.com <jlong@woodsrogers.com>
> **Cc:** Katie Thomas <kthomas@vbclegal.com>
> **Subject:** Anthony Smith - Rule 41 Dismissal
>
>
> **[EXTERNAL EMAIL]**
>
> Matt and Josh:

3

Per our conversation, I propose a Rule 41 dismissal without prejudice on the following terms:

1. We adopt all discovery requests and responses to date (subject to supplementation).

2. Toll statute of limitations for 9 months after date of entry of dismissal order (this is actually less than I think I have remaining, after looking at the dates).

3. Refile in VAWD Lynchburg division.

If I have to refile I will need to add a ratification count to the Monell claim.

This will also give me time to see if I want to go through the hassle of a med-mal claim or not. I agree that my expert spoke to a med mal claim, but that doesn't mean I necessarily want to assert one. I also need to get to the UVA surgeon to see if there is any connection between this surgery and the incident.

If Mr. Smith gets stabilized in the interim, maybe we can discuss settlement. He sounded pretty good on the phone the other day, so there seems to be hope.

Thanks,

--
**M. Paul Valois**
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
P. (434) 845-4529
F. (434) 845-8536

*This message is from an attorney and may contain confidential attorney-client information. It is intended only for the named recipient. If you have received this message in error please notify me by reply email and then delete it.*

```
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly
prohibited
without our prior permission. If the reader of this message is
not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us
immediately by
return e-mail and delete the original message and any copies of
it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or
refer to
any of our offices.
Thank you.
```

4

\--

**M. Paul Valois**
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
P. (434) 845-4529
F. (434) 845-8536

*This message is from an attorney and may contain confidential attorney-client information. It is intended only for the named recipient. If you have received this message in error please notify me by reply email and then delete it.*

```
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
```
Thank you.

\--

**M. Paul Valois**
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
P. (434) 845-4529
F. (434) 845-8536

*This message is from an attorney and may contain confidential attorney-client information. It is intended only for the named recipient. If you have received this message in error please notify me by reply email and then delete it.*

```
CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
```
Thank you.