Elwyn D. Zimmerman
Zim Investigations, LLC
1429 Jefferson Terrace
Bedford, VA 24523

(434) 473-5220
zim.investigations@gmail.com
DCJS ID #99-670018

# Affidavit of Process Server

Va. Code 8.01-293, 8.01-296, 8.01-300, 8.01-320, 8.01-325, FRCP 4(e)

US District Court
Western District of VA

Case No.: 6:23CV00030

**Anthony Smith**          v.          **Centra Health, Inc., et. al.**
Plaintiff                              Defendants

Document(s): Summons and Complaint

Name of Individual/Entity To Serve: Wesley Thomas Gillespie

Address: 101 Manor Drive, Forest, VA 24551

I, **Elwyn D. Zimmerman** being duly sworn, declare that I am a citizen of the United States, over the age of eighteen and not a party to the action, nor otherwise interested in the subject matter in controversy.

Service was completed on _9/21/23_ at _8:12_ a.m./p.m.

### MANNER OF SERVICE

[ ] Delivering a copy of the summons and of the complaint to the individual personally
[ ] Leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there: _____
[✔] Posting a copy of such process at the front door or main entrance of the individual's abode.
[ ] Delivering a copy of each to an agent authorized by appointment or by law to receive service of process: _____

I declare under penalty of perjury that the information contained herein is true and accurate and this affidavit was executed on this _23_ day of _September_, 2023 in Bedford, Virginia.

Signature of Process Server:
Elwyn D. Zimmerman

STATE OF VIRGINIA,
CITY /COUNTY: _Bedford_

I, the undersigned, a notary public in and for the above mentioned jurisdiction, hereby certify that before me appeared the above named process server, who, under oath, stated that he is more than eighteen years of age and is not a party to the action or otherwise interested in the subject matter in controversy, and the service was made as stated above.

Subscribed and sworn before me this _23rd_ day of _September_, 2023.

Notary Public

Notary Registration No.: _334317_
My Commission Expires: _12/31/2024_