**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| | |
|---|---|
| **ANTHONY SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   Case No. 6:23-cv-00030 |
| | ) |
| **CENTRA HEALTH, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**AMENDED SCHEDULING ORDER**

In light of the parties' proposed changes to the Scheduling Order in this case (Dkt. 15), the Court modifies the case schedule as follows:

1. The parties shall exchange Rule 26(a) initial disclosures on or before 60 days after the Court's Scheduling Order (October 31, 2023);

2. Plaintiff's initial expert disclosure is due 150 days before trial (April 27, 2024);

3. Defendants' initial expert disclosure is due 120 days before trial (May 27, 2024);

4. Rebuttal expert reports, if any, are due 105 days before trial (June 11, 2024).

All other deadlines in the Scheduling Order remain the same.

_____
UNITED STATES DISTRICT JUDGE