# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **Anthony Smith** | Action No:  6:23CV00030 |
| | Date:  October 17, 2023 |
| vs. | Judge:  Norman K. Moon |
| | Court Reporter:  Lisa Blair |
| **Centra Health, Inc., et al.** | Deputy Clerk:  Carmen Amos |

Plaintiff Attorney(s)

M. Paul Valois

Defendant Attorney(s)

J. Benjamin Rottenborn
Jamie H. Wood
    Counsel for Centra Health, Inc.

Matthew W. Lee
    Counsel for Wesley Thomas Gillespie
    & Christopher Paul Jones

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:

All parties present by Zoom video-conference for hearing on ECF No. 12 - Motion to Dimiss filed by Defendant Centra Health, Inc.

Arguments heard.   Opinion & Order forthcoming.

Time in Court:   10:09 – 10:28 a.m.   (19 minutes)