IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **ANTHONY SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 6:23-cv-00030 |
| | ) |
| **CENTRA HEALTH, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

**UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

On October 3, 2023, the parties submitted their Rule 26(f) report, which contained a few proposed modifications to the Court's Scheduling Order. Dkt. 20. The parties attached a proposed Amended Scheduling Order to that filing. Dkt. 20-1. By this motion, the parties request the Court enter the proposed Amended Scheduling Order, which is reattached here as Exhibit 1. Counsel for Centra Health, Inc. has conferred with counsel for the other parties, and no party opposes this motion.

Dated: November 30, 2023

/s/ J. Benjamin Rottenborn
Elizabeth Guilbert Perrow (VSB No. 42820)
Daniel T. Sarrell (VSB No. 77707)
J. Benjamin Rottenborn (VSB No. 84796)
Jamie Wood (VSB No. 97297)
WOODS ROGERS VANDEVENTER BLACK PLC
P.O. Box 14125
Roanoke, VA 24038-4125
Phone: (540) 983-7600
Fax: (540) 983-7711
eperrow@woodsrogers.com
dsarrell@woodsrogers.com
ben.rottenborn@wrvblaw.com
jamie.wood@wrvblaw.com

*Counsel for Defendant Centra Health, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 30, 2023, a copy of the foregoing was filed on the Court's CM/ECF system which will send notice to all counsel of record:

                                                           /s/ J. Benjamin Rottenborn