CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/21/2024
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **ANTHONY SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | )   Case No. 6:23-cv-00030 |
| | ) |
| **CENTRA HEALTH, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## AMENDED SCHEDULING ORDER

Considering the parties' proposed changes to the Scheduling Order, the Court finds good cause shown to **GRANT** the motion to amend the Scheduling Order, Dkt. 24, as follows:

1. The parties shall exchange Rule 26(a) initial disclosures on or before 60 days after the Court's Scheduling Order (October 31, 2023);

2. Plaintiff's initial expert disclosure is due 150 days before trial (April 27, 2024);

3. Defendants' initial expert disclosure is due 120 days before trial (May 27, 2024);

4. Rebuttal expert reports, if any, are due 105 days before trial (June 11, 2024).

All other deadlines in the Scheduling Order remain the same.

_____
UNITED STATES DISTRICT JUDGE