CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/21/2024
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

ANTHONY SMITH,

        *Plaintiff,*

v.

CENTRA HEALTH, INC., et al.,

        *Defendants.*

Case No. 6:23-cv-00030

ORDER

Judge Norman K. Moon

    Upon notice that the parties are interested in pursuing mediation, the Court determines, pursuant to 28 U.S.C. § 636(b)(3) and Fed. R. Civ. P. 16(a)(5), this matter will be **REFERRED** for mediation before United States Magistrate Judge C. Kailani Memmer, and for any proceedings related thereto that Judge Memmer deems appropriate. The parties are directed to contact Judge Memmer's chambers forthwith to schedule mediation.

    It is so **ORDERED**.

    The Clerk of Court is directed to send this Order to all counsel of record.

    ENTERED this __21st__ day of March, 2024.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE