IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| ANTHONY SMITH | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) |
| | ) |
| CENTRA HEALTH, INC. | )   CASE NO.: 6:23CV00030 |
| | ) |
| and | ) |
| | ) |
| WESLEY THOMAS GILLESPIE | ) |
| | ) |
| and | ) |
| | ) |
| CHRISTOPHER PAUL JONES | ) |
| | ) |
| *Defendants*. | ) |

**ORDER**

Before the Court is the parties' Joint Motion for Continuance of this jury trial from September 24-27, 2024 to January 28-31, 2025. The Court, having reviewed the motion and the record, and finding that there is good cause justifying the relief requested, hereby ORDERS that the parties' Joint Motion for Continuance of the jury trial from September 24-27, 2024 to January 28-31, 2025 is hereby GRANTED.

ENTERED this _____ day of _____, 2024.

_____
C. KAILANI MEMMER
UNITED STATES MAGISTRATE JUDGE