IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

4/25/2024
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
       DEPUTY CLERK

| | |
|---|---|
| ANTHONY SMITH ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | |
| ) | |
| CENTRA HEALTH, INC. ) | CASE NO.: **6:23CV00030** |
| ) | |
| and ) | |
| ) | |
| WESLEY THOMAS GILLESPIE ) | |
| ) | |
| and ) | |
| ) | |
| CHRISTOPHER PAUL JONES ) | |
| ) | |
| *Defendants*. ) | |

### ORDER

Before the Court is the parties' Joint Motion for Continuance of this jury trial from September 24-27, 2024 to January 28-31, 2025. The Court, having reviewed the motion and the record, and finding that there is good cause justifying the relief requested, hereby **ORDERS** that the parties' Joint Motion for Continuance of the jury trial from September 24-27, 2024 to January 28-31, 2025 is hereby **GRANTED**.

Entered: April 25, 2024

C. Kailani Memmer
United States Magistrate Judge