# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **ANTHONY SMITH,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 6:23-cv-00030 |
| | ) |
| **CENTRA HEALTH, INC.,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## RULE 41 STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Anthony Smith, and Defendants Centra Health, Inc.; Christopher Jones; and Wesley Thomas Gillespie (each individually a "Party" and collectively the "Parties"), by counsel, notify the Court that the Parties stipulate and agree that this action and all claims herein are hereby dismissed with prejudice, with each Party to bear its own costs, attorneys' fees, and expenses.

Dated: July 17, 2024                                Respectfully submitted,

                                                    ANTHONY SMITH

                                                    By: /s/ M. Paul Valois___

M. Paul Valois (VSB No. 72326)
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
*Counsel for Plaintiff Anthony Smith*

CENTRA HEALTH, INC.

By: /s/ J. Benjamin Rottenborn

Elizabeth Guilbert Perrow (VSB No. 42820)
Daniel T. Sarrell (VSB No. 77707)
J. Benjamin Rottenborn (VSB No. 84796)
Jamie Wood (VSB No. 97297)
WOODS ROGERS VANDEVENTER BLACK PLC
P.O. Box 14125
Roanoke, VA 24038
Phone: (540) 983-7600
Fax: (540) 983-7711
elizabeth.perrow@woodsrogers.com
daniel.sarrell@woodsrogers.com
ben.rottenborn@woodsrogers.com
jamie.wood@woodsrogers.com
*Counsel for Defendant Centra Health, Inc.*

CHRISTOPHER PAUL JONES &
WESLEY THOMAS GILLESPIE

By: /s/ Matthew W. Lee

Matthew W. Lee (VSB No. 40067)
Haley Brianne Mathis (VSB No. 97970)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
8444 Westpark Drive, Suite 510
McLean, VA 22102
Phone: (703) 852-7788
Fax: (703) 245-9301
matthew.lee@wilsonelser.com
haley.mathis@wilsonelser.com
*Counsel for Defendant Christopher Paul Jones & Wesley Gillespie*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 17, 2024, a copy of the foregoing was filed on the Court's CM/ECF system which will send notice to all counsel of record:

                                                            */s/ M. Paul Valois*